IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-47-1FL(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| NY'AAN MYKAL PARKER ) | |

The Grand Jury charges that:

## COUNT ONE

On or about, October 18, 2020, in the Eastern District of North Carolina, NY'AAN MYKAL PARKER, the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[Remainder of page intentionally left blank]

1

# FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offense(s) set forth in the foregoing indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense(s).

The forfeitable property includes, but is not limited to, the following:

- One Glock 43X firearm, bearing serial number BNUZ912; and
- All associated magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of

the forfeitable property described above.

A TRUE BILL

<span style="color:red">REDACTED VERSION</span>
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

/s/ FOREPERSON

DATE: July 7, 2021

G. NORMAN ACKER, III
ACTING UNITED STATES ATTORNEY

By: Brandon L. Boykin
Assistant United States Attorney
Criminal Division

3